**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| DERRICK R. PARKS | NO. 10-10411 |
| | JUDGE: Hollis |
| DEBTOR | |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Deutsche Bank National Trust Company as Trustee for the Registered holder of Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1 in your Chapter 13 case number 10-10411. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.

As of 08/09/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---:|
| 07/2011 – 08/2011 monthly payments at $1,331.24 each | = $ | 2,662.48 |
| Less suspense balance of ($280.89) | = $ | ($280.89) |
| TOTAL | = $ | 2,381.59 |

Respectfully submitted,

 /s/ Christopher R. Murphy
Attorney Deutsche Bank National Trust Company as Trustee for the Registered holder of Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301 | Bannockburn, IL 60015 | (847) 291-1717
Attorneys for Movant
10-036901

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**